UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NAKEITH SPARKMAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-1416** |
| **STATE OF LOUISIANA, WARDEN DARREL VANNOY** | **SECTION "J"(4)** |

**ORDER AND REASONS**

The petitioner, Nakeith Sparkman, submitted a petition for issuance of writ of habeas corpus pursuant to 28 U.S.C. § 2254 along with an application to proceed *in forma pauperis*. The certification attached to the pauper application indicated that Sparkman had an account balance of $24.89. Rec. Doc. No. 4. The Court denied the pauper application on March 6, 2017, finding that Sparkman had sufficient funds to pay the $5.00 filing fee. Rec. Doc. No. 5.

Sparkman has filed a second pauper application which has been docketed by the Clerk of Court as a **Motion to Reconsider Pauper Status (Rec. Doc. No. 6)** the denial of the first application. Sparkman claims that, since the denial of his pauper application, he has learned that he no longer has sufficient funds to pay the $5.00 filing fee. He contends that the funds may have been depleted to pay for other services at the prison.

Sparkman has provided no proof of his contention that the funds were used for legitimate purposes at the purposes by means of an account summary, nor has he provided a current pauper application with a certified statement of his account balances to accompany this new request for pauper status. Sparkman, therefore, has failed to meet the requirements of 28 U.S.C. § 1915 or

otherwise provide the necessary information for the Court to reconsider the denial of pauper status. Accordingly,

**IT IS ORDERED** that Sparkman's **Motion to Reconsider Pauper Status (Rec. Doc. No. 6)** is **DENIED**.

New Orleans, Louisiana, this  4th  day of April, 2017.

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**