UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NAKEITH SPARKMAN | CIVIL ACTION |
| VERSUS | NO: 17-1416 |
| DARRYL VANNOY, WARDEN | SECTION: "J"(4) |

**ORDER**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby **OVERRULES** Petitioner Sparkman's objections and approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion herein. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Nakeith Sparkman is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 12th day of December, 2018.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE